### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AUDRA MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 13CV2580 |
| v. | ) |
| | ) |
| EQUIFAX INC., | ) |
| TRANS UNION LLC, | ) |
| WHISPERING FALLS LLC, | ) |
| and NCC BUSINESS SERVICES INC., | ) |
| | ) |
| Defendants. | ) |

## CLERK'S ORDER FOR ADDITIONAL TIME TO PLEAD

NOW on this 13th day of November, 2013, pursuant to the Rules of Practice of the United States District Court for the District of Kansas, Rule 77.2, Defendant Whispering Falls LLC ("Defendant") is granted fourteen (14) additional days to answer, plead, or otherwise respond to Plaintiff's Petition, being until December 2, 2013. In support of this Order, Defendant provides the following procedural summary:

1. Defendant's Answer or other response is currently due on November 14, 2013.

2. This Order will extend the deadline for Defendant to answer, plead, or otherwise respond to Plaintiff's Petition for Damages until December 2, 2013. (Fourteen days from November 14 is actually November 28, but the Court will be closed until December 2 for the Thanksgiving holiday.)

3. The time originally prescribed has not expired.

BY ORDER OF THE CLERK.

                                                           _s/Tami Anthony - Deputy_____
                                                           DISTRICT COURT CLERK

2

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.


By:   /s/ Thomas M. Martin
    Thomas M. Martin          #13620
    Joseph E. Bant               #23982
    1010 Walnut Street, Suite 500
    Kansas City, Missouri  64106
    Telephone:  (816) 421-2500
    Fax:         (816) 472-2500
    tmmartin@lrf-kc.com
    jebant@lrf-kc.com

ATTORNEY FOR DEFENDANT
WHISPERING FALLS, LLC

**CERTIFICATE OF SERVICE**

On this 13th day of November, 2013, a true and accurate copy of the foregoing was sent via email and the Court's ECF system, to:

A.J. Stecklein, Esq.
Michael H. Rapp, Esq.
Consumer Legal Clinic, LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0147
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
ATTORNEYS FOR PLAINTIFF

On this 13th day of November, 2013, a true and accurate copy of the foregoing was sent via U.S. Mail to:

Equifax Inc.
Resident Agent: The Prentice-Hall Corporation System, Kansas, Inc.
2900 S.W. Wanamaker Drive, Suite 204
Topeka, Kansas 66614
CODEFENDANT

Trans Union LLC
Resident Agent: The Prentice-Hall Corporation System, Kansas, Inc.
2900 S.W. Wanamaker Drive, Suite 204
Topeka, Kansas 66614
CODEFENDANT

NCC Business Services, Inc.
Registered Agent: Pollan, Irving
9428 Baymeadows Road, Suite 200
Jacksonville, Florida 32256
CODEFENDANT

   /s/ Thomas M. Martin_____
ATTORNEY WHISPERING
FALLS, LLC